# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GENA M. BLAHA,

          Case No. 12-cv-15192

    Plaintiff,

          Judge George C. Steeh

  -vs-          Magistrate Judge Mona K. Majzoub

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY.

## JUDGMENT

This matter is before the Court on the parties' Joint Stipulation to Remand pursuant to sentence four of 42 U.S.C. § 405(g), and the Court, being duly advised, now GRANTS the stipulation.

Dated:   July 18, 2013                  s/George Caram Steeh
                                                  GEORGE C. STEEH
                                                  UNITED STATES DISTRICT JUDGE